UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

John Wetherbee,

    Plaintiff,

vs.

Southern Nuclear Operating Company, Inc.,

    Defendant.

CIVIL ACTION FILE

NO. 1:08-cv-2138-JOF

## ORDER

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 26th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE